Dismissed and Opinion filed March 27, 2003









Dismissed and Opinion filed March 27, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00005-CV

____________

 

PRISCILLA
JONES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF WILLIE JONES, JR., Appellant

 

V.

 

VIJESH
PATEL, M.D., AND VIJESH PATEL, M.D., P.A., Appellees

 



 

On Appeal from the 334th District Court

Harris
County, Texas

Trial Court Cause No. 99-32171

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed September 18, 2001.

On March 18, 2003, appellant filed an agreed motion to
dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

We further order the Clerk of this Court to issue the mandate
immediately.

PER CURIAM

Judgment rendered and Opinion
filed March 27, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.